**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02148-WJM-NYW

LUDVIK ELECTRIC CO., a Colorado corporation,

      Plaintiff and Counterclaim Defendant,

v.

WESCO DISTRIBUTION, INC., a Delaware corporation,

      Defendant and Counterclaimant,

WESCO DISTRIBUTION, INC., a Delaware corporation,

      Third-Party Plaintiff,

v.

GENERAL STRUCTURES, INC., a Michigan corporation,

      Third-Party Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

      IT IS ORDERED that due to a conflict with the court's schedule, the Discovery Conference set for June 4, 2015 at 10:00 a.m. is hereby VACATED and reset for **June 4, 2015 at 9:00 a.m.**, for not longer than one hour, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      Out of state counsel may appear telephonically as previously arranged.  If multiple people are to appear by telephone, they shall initiate a conference call amongst themselves before contacting Chambers at (303) 335-2600 at the designated time.

DATED: April 27, 2015