**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02148-WJM-NYW

LUDVIK ELECTRIC CO., a Colorado corporation,

    Plaintiff,

v.

GENERAL STRUCTURES, INC., a Michigan corporation,

    Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant General Structures, Inc.'s Unopposed Motion to Amend the Scheduling Order (the "Motion"). [#80, filed January 22, 2016]. Pursuant to the Order Referring Case dated August 4, 2014 [#4] and the memorandum dated January 22, 2015 [#81], this matter was referred to this Magistrate Judge.

    IT IS ORDERED that the Motion is **GRANTED IN PART** and **DENIED IN PART**:

1. The Discovery Cutoff (Fact Discovery) is extended from January 29, 2016 to **April 28, 2016**;
2. The Discovery Cutoff is extended from June 10, 2016 to **September 8, 2016**;
3. The Dispositive Motion Deadline is extended from July 11, 2016 to **October 10, 2016**;
4. The deadline for disclosure of Plaintiff's Expert Report is extended from February 19, 2016 to **May 19, 2016**;
5. The deadline for disclosure of Defendant General Structures' Expert Report is extended from April 1, 2016 to **June 30, 2016**;
6. The deadline for disclosure of Plaintiff's Rebuttal Expert Report is extended from April 15, 2016 to **July 14, 2016**;
7. The Final Pretrial Conference set for September 13, 2016 is VACATED and RESET for **December 13, 2016 at 9:30 am** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The proposed Pretrial Order is due seven (7) days prior to the Final Pretrial Conference; and
8. To the extent the Parties wish to seek additional extensions of these deadlines in the future, they shall file a motion articulating such request and asking for a telephonic status conference with the court prior to the deadline which they wish to extend.

DATED: January 25, 2016