IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-02148-WJM-NYW | Date: | April 20, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| LUDVIK ELECTRIC CO., | *Colin P. Baumchen* |
| **Plaintiff,** **Counter Defendant,** | |
| v. | |
| GENERAL STRUCTURES, INC., | *Ethan R. Holtz* *L. Jay Labe* |
| **Defendant,** **Counter Claimant.** | |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

Court in Session:  2:35 p.m.

Appearances of counsel. Mr. Brian Witus appears with Mr. Holtz.

Discussion held regarding status of case, status of discovery, and effect of proposed deadlines contained in the Unopposed Motion to Amend Scheduling Order [84] filed April 11, 2016.

**ORDERED:**   The Unopposed Motion to Amend Scheduling Order [84] is GRANTED IN PART and DENIED IN PART. The Scheduling Order is amended as follows:

> Fact discovery cut-off: June 27, 2016;
> Expert discovery cut-off: October 7 2016;
> Dispositive motion deadline: November 7, 2016;
> Plaintiff's expert deadline: July 18, 2016;
> Defendant's expert deadline: August 18, 2016;

       Rebuttal expert deadline: September 2, 2016.

       The Final Pretrial Conference and associated deadlines **REMAIN SET**.

**No further extensions of the Scheduling Order will be permitted, absent extraordinary circumstances.**

Parties discuss status of private mediation. The court is not inclined to stay proceedings pending mediation unless mediation is reasonably likely to be successful.

| Court in Recess:  2:49 p.m. | Hearing concluded. | Total time in Court:  00:14 |
|---|---|---|

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.